IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANOVA FOOD INC., a Georgia corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MOMMY GINA TUNA RESOURCES, et al.,<br><br>　　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL 09-00201DAE-BMK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 21, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDING AND RECOMMENDATION THAT DEFENDANT KING TUNA, INC.'S MOTION TO DISMISS BE GRANTED," [1] docket entry number [14], is adopted as the opinion and order of this Court.

---

[1] Finding and Recommendation as styled in the U.S. Magistrate Judge Barry M. Kurren's order: "Order Denying Plaintiff's ex Parte Motion for Immediate Consideration of Complaint; Finding and Recommendation That Defendant King Tuna, Inc.'s Motion to Dismiss Be Granted"

IT IS SO ORDERED.
Dated: Honolulu, Hawaii, June 9, 2009.



_____
David Alan Ezra
United States District Judge

Anova Food Inc. v. Mommy Gina Tuna Resources, et al., CV No. 09-00201 DAE-BMK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION.